IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BMO Harris Bank N.A.,** | : |
| Plaintiff | : CIVIL ACTION NO. 3:21-cv-2161 |
| v. | : |
| **JRD Trucking, LLC and Richard Wilson,** | : |
| Defendants | : |

## JUDGMENT

Pursuant to Order of Court, Judgment is hereby entered in favor of the Plaintiff, **BMO Harris Bank N.A.,** and against Defendants, **JRD Truckining, LLC and Richard Wilson**, jointly and severally, in the amount of $218,177.94.

Dated:   February 7, 2023              **Peter J. Welsh**
                                        Clerk of Court
                                        by s/ Ed Petroski
                                        Deputy Clerk